ACCEPTED
14-15-00065-cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 1:50:53 PM
CHRISTOPHER PRINE
CLERK

IN THE
FOURTEENTH COURT OF APPEALS
OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 1:50:53 PM
CHRISTOPHER A. PRINE
Clerk

WILLIAM MARKS § 

VS. § CASE NOs. 14-15-00064-CR,

§ 14-15-00065-CR &

THE STATE OF TEXAS § 14-15-00066-CR

## MOTION TO EXTEND TIME WITHIN WHICH TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES, WILLIAM MARKS, appellant in the above-styled and numbered cause, by and through his attorney of record, Daucie Schindler, and respectfully moves the Court for an extension of time within which to file the appellate brief, and for cause would show the Court as follows:

I.

Mr. Marks was convicted of three counts of violating the private securities act on January 7, 2015. That same day, this court assessed his punishment at a probated sentence of one (1) year in the Harris County Jail in each count. Mr. Marks was represented at trial by Brian Coyne, while the State was represented by Assistant District Attorney Heyward Carter. The Honorable Judge Pam Derbyshire presided over the entirety of the trial proceedings.

## II.

Mr. Marks filed timely notice of appeal. Undersigned counsel, of The Harris County Public Defender's Office was appointed to represent Mr. Marks on January 22, 2015. Mr. Mark's filed a Motion for new Trial on February 3, 2015. The Motion for New Trial was denied by the trial court.

## III.

The appellate brief is due to be filed with the Court on or before September 18, 2015. No previous extensions have been requested.

## IV.

Counsel has been working simultaneously on the Appellant's Briefs in Paul Briones v. State, Martinez v. State, Tavarez v. State, Edwards v. State, Rodriguez v. State, and Wiggins v. State. Additionally, counsel has been working on the Petitions for Discretionary Review in Earvin v. State and Fletcher v. State and the Motion for new Trial on State v. Branch. Counsel is diligently working on the brief in this case, but requests additional time to research and confer with the client.

## V.

This request is made not to delay the proceedings, but to ensure that Mr. Marks is adequately represented.

WHEREFORE, PREMISES CONSIDERED, Mr. Marks respectfully prays that this motion be granted and that the Court permits an extension of time until October 19, 2015, to file the appellate brief.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas


/s/ *Daucie Schindler*
**DAUCIE SCHINDLER**
Assistant Public Defender
Harris County Texas
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
Daucie.Schindler@pdo.hctx.net

Attorney for Appellant,
**WILLIAM MARKS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellant's Motion to Extend Time within Which to File Appellate Brief was e-mailed to the Appellate Division of the Harris County District Attorney's Office on this 18th day of September, 2015.


/s/ *Daucie Schindler*
**DAUCIE SCHINDLER**